# UNITED STATES DISTRICT COURT

for the

District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>5516 Gallegos Road SW Albuquerque, NM 87105 | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   **26mr1498** |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

    An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:

    See Attachment A.

    I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    See Attachment B.

    **YOU ARE COMMANDED** to execute this warrant on or before _____July 28, 2026_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Honorable Phillip G. Sapien Magistrate Judge___ .
                                                                     *(United States Magistrate Judge)*

    ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   ___7/14/2026 @ 4:30 pm___

                                                           *Judge's signature*

City and state:   Albuquerque, New Mexico                  Honorable Phillip G. Sapien, Magistrate Judge
                                                                      *Printed name and title*

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

*Property to be searched*

The property to be searched is 5516 Gallegos Road SW, New Mexico 87105, hereinafter "PREMISES," further described as tan-colored home with a white one car garage attached with a brown tile roof. The residence measures approximately 1536 square feet and is believed to have three bedrooms and two bathrooms. The residence is on a 4451 square foot lot. Number 5516 is clearly displayed on the front of the home and on the mailbox in the front yard. The front door is on the right of the garage while facing it. There is a tan security screen door.

The search of the above PREMISES shall include the search of the entire residence, all attached and unattached garages and storage areas/containers (including mailboxes and trash cans) on the PREMISES, and all vehicles and persons located on the PREMISES in or on which the items to be seized could be concealed.



<u>**ATTACHMENT B**</u>

*Property to be seized*

All evidence, fruits, or instrumentalities of violations of 21 U.S.C. § 841(a)(1), and conspiracy to distribute controlled substances in violation of 21 U.S.C. § 846 involving Antonio CHAVEZ and occurring between April 1, 2026 and the Present, specifically:

**I.     Property to be Seized from the PREMISES**

1) Controlled substances, including fentanyl, methamphetamine, heroin, cocaine, and marijuana;

2) Firearms, firearm accessories, ammunition, machineguns, destructive devices, and body armor;

3) Items of value that reasonably appear to be the proceeds of drug transactions, such as large amounts of currency, financial instruments, and jewelry;

4) Controlled substance trafficking paraphernalia, such as hidden compartments, scales, plastic bags, heat sealing devices, dilutants, and binding agents;

5) Lists of drug customers, suppliers, and other drug trafficking associates, including records containing their aliases, telephone numbers, addresses, and messaging/social media usernames, as well as quantities of controlled substances bought and sold, and sums of money paid or owed;

6) Documents related to the manufacture and distribution of controlled substances;

7) Communications between drug traffickers and their co-conspirators;

8) Financial documents related to income from drug trafficking and the expenditures of drug proceeds, such as financial technology firm (e.g. CashApp) records, bank records, money orders, wire transfer records, tax records, safe deposit box records, checkbooks,

and documents showing the use of business entities to disguise drug trafficking proceeds;

9) Items that tend to indicate ownership or control of the PREMISES, including utility bills, rental agreements, leases, identification documents, and keys;

10) Items that tend to indicate ownership or control over any vehicles located at the PREMISES, including titles, registrations, gas receipts, repair bills, and vehicle keys;

11) Travel records related to drug trafficking, such as airline tickets, credit card receipts, and rental car information;

12) Photographs or videos of drug traffickers, their co-conspirators, their firearms, and property or assets purchased with drug proceeds; and

13) Mobile phones, tablets, digital cameras, and digital video surveillance systems (collectively, "Devices") that reasonably appear to contain evidence, fruits, and instrumentalities of violations of the statutes listed above, as further described in Section II below.

During the execution of the search of the PREMISES described in Attachment A, law enforcement personnel are authorized to (1) press or swipe the fingers (including thumbs) of any individual who is found at the PREMISES and reasonably believed by law enforcement to be a user of a Device found at the premises, to the fingerprint scanner of that Device; and/or (2) hold a Device found at the premises in front of the face of that same individual and activate the facial recognition feature, for the purpose of attempting to unlock the Device in order to search the contents as authorized by this warrant. Agents shall select the finger(s) or thumb(s) of the individual, rather than requiring the person to choose.

## II. Information to be Seized from Devices

For any Device whose seizure is otherwise authorized by this warrant:

1) Photographs and videos of any of the categories of evidence listed in Section I(1)-(12) of this Attachment;

2) Communications and documents related to any of the categories of evidence listed in Section I(1)-(12) of this Attachment; and

3) Evidence of who used, owned, or controlled the Device at the times the things described herein were created, edited, deleted, or saved such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, contacts, instant messaging logs, photographs, and correspondence.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the investigating agency may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.