AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| 5516 Gallegos Road SW Albuquerque, NM 87105 | ) ) ) ) |

Case No.    **26mr1498**

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 28, 2026_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Honorable Phillip G. Sapien Magistrate Judge_____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    7/14/2026 @ 4:30 pm

_____
Judge's signature

City and state:     Albuquerque, New Mexico

Honorable Phillip G. Sapien, Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>26MR1498 | Date and time warrant executed:<br>07/22/2026 3:15 pm | Copy of warrant and inventory left with:<br>Antonio Chavez |

Inventory made in the presence of :
Adam Arellano and Victor Avila

Inventory of the property taken and name of any person(s) seized:

- U.S currency $22,300.00
- 9mm SCCY CPX-2 handgun S/N 592828
- 9mm handgun magazine
- (10) 9mm ammunition
- BH Best Arms Shotgun S/N 20MP00263
- Shotgun 12-gauge shells
- Shotgun 12-gauge magazine
- Glenfield 22. Caliber rifle S/N 23477940
- Cocaine 228.4 grams (FDIN 2026451293)
- Dark blue iPhone
- (60) exotic snakes seized by New Mexico Fish and Wildlife (52 venomous)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/22/26

_Vic Avila_
Executing officer's signature

9183

V. Avila / Special Agent / HSI
_Printed name and title_



# NEW MEXICO DEPARTMENT
# OF GAME AND FISH

### Attachment - A

Date: 7/22/2026

| Item | QTY | Description of items seized |
|------|-----|------------------------------|
| 1 | 1 | Bullthrops Atrox - Common Lancehead + Enclosure |
| 2 | 1 | - Columbian Lancehead + Enclosure |
| 3 | 1 | - Brazilian Lancehead + Enclosure |
| 4 | 1 | - 100 paced Pit Viper + Enclosure |
| 5 | 1 | Crotalus Cerebrus - Arizona Black Rattlesnake + Enclosure |
| 6 | 1 | King Cobra + White Trash Can |
| 7 | 1 | Black Mamba |
| 8 | 1 | Green Mamba + Black Roughneck 20 gallon Trash Can |
| 9 | 1 | Gaboon Viper |
| 10 | 1 | Inland Taipan + ~~Garage Rod~~ |
| 11 | 1 | Flatnosed Pit Viper + Enclosure |
| 12 | 1 | Unknown White Cobra |
| 13 | 1 | Red Spitting Cobra   Yellow Bucket / Black Top Encore Plastics |
| 14 | 1 | Monocled Cobra - White   White Bucket / Yellow Lid Encore Plastics |
| 15 | 1 | Blue Insularais + Enclosure |
| 16 | 1 | ~~Habu~~ + Enclosure |
| 17 | 3 | ~~Squamager~~ + Black Enclosure |
| 18 | 1 | Vogels Viper + Black Enclosure |
| 19 | 1 | Banded Cobra + Enclosure |
| 20 | 2 | Protobrothongs Elegans + Enclosure |
| 21 | 1 | Monocled Cobra White |
| 22 | 1 | Monocled Cobra White "Bel   Lavender Sunset |
| 23 | 1 | Monocled Cobra White "Blizzard" "Pablo Escober" |
| 24 | 1 | Red Spitting Cobra + Enclosure |
| 25 | 4 | "Ink + Venom" Enclosures |
| 26 | 1 | Brazilian Lancehead Enclosure |
| 27 | 1 | Bothrops Alternatus Enclosure "Unita" |
| 28 | 1 | Zebra Spitting Cobra + Enclosure |
| 29 | X3 mg | Fer De Lance |
| 30 | 1 | Ethiopan Cobra (Naja Haje)   mtg |
| 31 | 1 | ~~Western Bush Viper~~ + ~~Enclosure~~ Gray top   Plastic tote  Protobothrops Elegans |
| 32 | 1 | Baby Viper Arboeal + Plastic tote |
| 33 | 1 | Bushmaster |
| 34 | 2 | Paleshinian Viper |

Signature of Officer: _____

Signature of Property Owner or Witness: _____

White – Court Copy    Yellow – Property Owner's Copy    Pink – Officer's Copy    Page ____ of ____

Approved by the Administrative Office of the Courts November 12, 2019



# NEW MEXICO DEPARTMENT
# OF GAME AND FISH

## Attachment - A

Date: 7/22/2026

| Item | QTY | Description of items seized |
|------|-----|-----------------------------|
| 35 | 1 | Monocled White Cobra "Leucistic" |
| 36 | 1 | Red Spitting Cobra |
| 37 | 1 | Forest Cobra |
| 38 | 1 | Common Lancehead   Red Bucket  Red top |
| 39 | 1 | Puff Adder    + Enclosure |
| 40 | 1 | Russells Viper  + Enclosure |
| 41 | 1 | Snouted Cobra  + Enclosure |
| 42 | 1 | Tiger Rattlesnake  + Enclosure |
| 43 | 1 | Taiwanese Habu  + Enclosure |
| 44 | 1 | Papuan Taipan + Enclosure |
| 45 | 1 | Western Bush Viper  + Enclosure |
| 46 | 1 | Papuan Taipan + Enclosure |
| 47 | 1 | Habu baby + Gray top tote (Tokara) |
| 48 | 1 | Unidentified baby  Protobothrops Elegans |
| 49 | 1 | Reticulated Python  Yellow stripe + Enclosure |
| 50 | 1 | Reticulated Python  "Sunset" + Enclosure |
| 51 | 1 | Reticulated Albino/R  + Enclosure |
| 52 | 1 | Reticulated Python  Small "William" + Enclosure |
| 53 | 1 | Reticulated Python  Dark White Spots + Enclosure |
| 54 | 1 | Reticulated Python  Palmetto + Enclosure |
| 55 | 1 | Reticulated Python  Solid Purple Rainbow + Enclosure |
| 56 | 1 | Reticulated Python  White Axis + Enclosure |

Signature of Officer: _____

Signature of Property Owner or Witness: _____

Page ____ of ____

White – Court Copy     Yellow – Property Owner's Copy     Pink – Officer's Copy

Approved by the Administrative Office of the Courts November 12, 2019